IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| OREGON LABORERS-EMPLOYERS<br>HEALTH & WELFARE TRUST FUND,<br>OREGON LABORERS-EMPLOYERS<br>PENSION TRUST FUND, and<br>OREGON & SOUTHERN IDAHO<br>LABORERS-EMPLOYERS TRAINING<br>TRUST FUND,<br><br>      Plaintiffs,<br><br>v.<br><br>SUSTAINABLE SOLUTIONS<br>UNLIMITED, INC., an Oregon<br>corporation,<br><br>      Defendant. | 3:12-CV-00743-ST<br><br>ORDER |

**BROWN, Judge.**

Magistrate Judge Janice M. Stewart issued Findings and Recommendation (#19) on August 21, 2012, in which she recommends the Court grant Plaintiffs' Motion (#11) for Judgment, Plaintiffs' Motion (#14) for Attorney's Fees, and Plaintiffs'

1 - ORDER

Cost Bill.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).  In light of the fact that the Findings and Recommendation did not include any analysis, however, the Court has reviewed the record and the underlying legal principles *de novo*.  The Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#19).  Accordingly, the Court **GRANTS** Plaintiffs' Motion (#11) for Judgment, Plaintiffs' Motion (#14) for Attorney's Fees, and Plaintiffs' Cost Bill (#15).  The Court **DIRECTS** Plaintiffs to submit a form of Judgment in accordance with this Order no later than **November 6, 2012.**

IT IS SO ORDERED.

DATED this 23rd day of October, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

2 - ORDER